IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
JOSIAH SAMUEL TAYLOR,            *
                                 *
      Plaintiff,                 *
                                 *
      v.                         *    CV 124-217
                                 *
TRANSUNION RISK AND              *
ALTERNATIVE DATA SOLUTIONS,      *
INC.,                            *
                                 *
      Defendant.                 *
```

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 24.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of October, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA